```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

United States of America

    v.                                                2:19-cr-60

Tina Imes

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 13) that the defendant's guilty pleas be accepted. The court accepts the defendant's pleas of guilty to Counts 1 and 2 of the information, and she is hereby adjudged guilty on those counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: May 30, 2019                                  s\James L. Graham
                                                    James L. Graham
                                                    United States District Judge